SHENETHA LYNN SIDDIQ
6478 RICHWOOD DRIVE
JACKSON, MS 39213

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ONE MAIN
PO BOX 1010
EVANSVILLE, IN 47706

AFFIRM
443 IRVING DR
BURBANK, CA 91504

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

SEZZLE
251 N 1ST AVE
MINNEAPOLIS, MN 55401

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS, CA 91411

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CARRINGTON MORTGAGE
P.O. BOX 3489
ANAHEIM, CA 92803

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130