**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IN RE:**

**SHENETHA LYNN SIDDIQ**
**aka SHENETHA LYNN JAMES SIDDIQ**          **CASE NO.: 26-01624-JAW**
**fka SHENETHA L JAMES**                    **CHAPTER 13**
          **Debtor**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Creditor, Carrington Mortgage Services, LLC, by and through undersigned

counsel and files this Notice of Appearance and Request for Notice and gives notice that all future

pleadings and correspondence are to be mailed to McPhail Sanchez, LLC, 126 Government St,

Mobile AL 36602.

                                        Respectfully submitted,

                                        /s/ Kent D. McPhail
                                        MS Bar No. 2800
                                        Kent D. McPhail
                                        Attorney for Creditor

Of Counsel
McPhail Sanchez, LLC
126 Government St
Mobile AL 36602
Phone (251) 438-2333
Fax (251) 438-2367
Email: kent@mslawyers.law

### CERTIFICATE OF SERVICE

        I, Kent D. McPhail, do hereby certify that I have this 18th day of June 2026 served a copy of the above Notice of Appearance and Request for Notice on the **Debtor** Shenetha Lynn Siddiq at 6478 Richwood Drive Jackson, MS 39213 by U.S. Mail, First Class Postage Prepaid, **Attorney for Debtor** Thomas Carl Rollins at trollins@therollinsfirm.com P.O. Box 13767 Jackson, MS 39236, **Trustee** Harold J. Barkley, Jr. at HJB@HBarkley13.com P.O. Box 4476 Jackson, MS 39296-4476 and U.S. Trustee at USTPRegion05.JA.ECF@usdoj.gov 501 East Court Street, Suite 6-430 Jackson, MS 39201 by ECF Filing Notification.

                                        /s/ Kent D. McPhail
                                        Kent D. McPhail