**Fill in this information to identify the case:**

Debtor 1 : Shenetha Lynn Siddiq aka Shenetha Lynn James Siddiq fka Shenetha L James

Debtor 2 :
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of: Mississippi

Case number: 26-01624-JAW

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Carrington Mortgage Services, LLC

**Court Claim No. (if known):** 5

**Last 4 digits** of any number you use to identify the debtor's account: 9819

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expense, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Specify | Dates Incurred | | Amount |
|---|---|---|---|---|---|
| 1. | Late Charges | | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | | (2) | $ |
| 3. | Attorney fees | | 06/30/2026 | (3) | $ 100.00 |
| 4. | Filing fees and court costs | | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | 07/27/2026 | (5) | $ 150.00 |
| 6. | Appraisal/Broker's price opinion fees | | | (6) | $ |
| 7. | Property inspection fees | | | (7) | $ |
| 8. | Tax advances (non-escrow) | | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | | (10) | $ |
| 11. | Other. Specify. | POC Form 410A | 07/27/2026 | (11) | $ 100.00 |
| 12. | Other. Specify. | | | (12) | $ |
| 13. | Other. Specify. | | | (13) | $ |
| 14. | Other. Specify. | | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Shenetha Lynn Siddiq aka Shenetha Lynn James Siddiq fka Shenetha L James

Case Number (if known) 26-01624-JAW

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* /s/ Tonya Leija
Signature

Date: 08/31/2026
MM/ DD / YYYY

Print: Tonya Leija
First Name Middle Name Last Name

Title: Authorized Agent

Company: Liepold, Harrison & Associates, PLLC

Address: 370 W. Las Colinas Blvd., Suite 220
Number Street

Irving TX 75039
City State ZIP Code

Contact Phone: 800-349-1254

Email: PCNInquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

***In Re:*** **Case No.** 26-01624-JAW

Shenetha Lynn Siddiq

**Debtor(s)** **Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on 08/31/2026, a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Tonya Leija

Tonya Leija
Liepold, Harrison & Associates, PLLC
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

***Debtor***

Shenetha Lynn Siddiq
6478 Richwood Drive
Jackson, MS 39213

***Debtor's Counsel***

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

***Trustee***

Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

***U.S. Trustee***

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

**Liepold, Harrison & Associates, PLLC**

1425 Greenway Drive, STE 250
Irving, TX 75038 2494
Phone No: (682) 238-4458

## Bankruptcy - Bankruptcy Services - INVOICE

Carrington Mortgage Services, LLC

,

Re:
SHENETHA L JAMES
6478 RICHWOOD ST
JACKSON, MS 39213

Invoice #: LHA90565
Invoice Status: Check Confirmed(Exc)
Input By: Tesia Benne
Date Submitted: 7/8/2026
Invoice Date: 7/8/2026
Vendor Ref #: REF90565
Vendor Code: LIEPHA

Loan #: [redacted]
Loan Type: FHA
Inv. ID / Cat. ID: [redacted]
Cost Center:
FHA Case No: [redacted]
GSE Code:
GSE REO Rem. Code:
Entity Code: 0
Original Mortgage Amount: $0.00
Litigation Status Code:
Man Code:

Payee Code: 889394
Type: Non Judicial
Referral Date 6/15/2026

Acquisition Date:
Paid in Full Date: N/A
Foreclosure Removal Date: N/A

MS Status N/A
Relief Requested Date N/A
Protection Begin Date N/A
Protection End Date N/A
HiType
Class Code

BK Case No: 26-01624
BK Chapter: 13

Invoice ID: 367345417
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/8/2026 | 7/27/2026 | 7/27/2026 | | 7/27/2026 | 7/27/2026 | 7/30/2026 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | | 06/30/2026 | 1 | $400.00 | $400.00 | $0.00 | $400.00 |
| **Note:** | | | | | | | | |
| | | | | | | **$400.00** | **$0.00** | **$400.00** |
| **Total:** | | | | | | **$400.00** | **$0.00** | **$400.00** |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
None

**Liepold, Harrison & Associates, PLLC**

1425 Greenway Drive, STE 250
Irving, TX 75038 2494
Phone No: (682) 238-4458

## Bankruptcy - Bankruptcy Services - INVOICE

Carrington Mortgage Services, LLC

,

Re: SHENETHA L JAMES
6478 RICHWOOD ST
JACKSON, MS 39213

Invoice #: LHA90566
Invoice Status: Check Confirmed(Exc)
Input By: Tesia Benne
Date Submitted: 8/6/2026
Invoice Date: 8/6/2026
Vendor Ref #: REF90566
Vendor Code: LIEPHA

Loan #: [redacted]
Loan Type: FHA
Inv. ID / Cat. ID: [redacted]
Cost Center:
FHA Case No: [redacted]
GSE Code:
GSE REO Rem. Code:
Entity Code: 0
Original Mortgage Amount: $0.00
Litigation Status Code:
Man Code:

Payee Code: 889394
Type: Non Judicial
Referral Date 6/15/2026

Acquisition Date:
Paid in Full Date: N/A
Foreclosure Removal Date: N/A

MS Status N/A
Relief Requested Date N/A
Protection Begin Date N/A
Protection End Date N/A
HiType
Class Code

BK Case No: 26-01624
BK Chapter: 13

Invoice ID: 368586858
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/6/2026 | | | | 8/7/2026 | 8/7/2026 | 8/12/2026 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 07/27/2026 | 1 | $825.00 | $825.00 | $0.00 | $825.00 |
| **Note:** | | | | | | | | |
| Attorney Fees - POC Form 410A | | | 07/27/2026 | 1 | $325.00 | $325.00 | $0.00 | $325.00 |
| **Note:** | | | | | | | | |
| | | | | | | **$1,150.00** | **$0.00** | **$1,150.00** |
| **Total:** | | | | | | **$1,150.00** | **$0.00** | **$1,150.00** |

**Invoice Level Exceptions**

Possible Duplicate Invoice

**Invoice Level Comment**

None