Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01624−JAW
**Chapter:** 13

**In re:**

Shenetha Lynn Siddiq
aka Shenetha Lynn James Siddiq, fka
Shenetha L James
6478 Richwood Drive
Jackson, MS 39213

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/28/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 28, 2026

Danny L. Miller, Clerk of Court