United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01624-JAW
Shenetha Lynn Siddiq Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 2
Date Rcvd: Sep 28, 2026 Form ID: n032 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shenetha Lynn Siddiq, 6478 Richwood Drive, Jackson, MS 39213-7828 |
| 5684176 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5687806 | | Kent D. McPhail, Esq., McPhail Sanchez, LLC, For Carrington Mortgage Services, LLC, P126 Government St, Mobile, AL 36602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5685630 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 28 2026 20:12:26 | Ally Capital Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5688152 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 28 2026 20:12:21 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5684177 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 28 2026 20:07:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5684180 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2026 20:07:00 | Carrington Mortgage, P.O. Box 3489, Anaheim, CA 92803 |
| 5684178 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 28 2026 20:07:32 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5684179 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2026 20:12:30 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5701765 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2026 20:07:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| 5684181 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2026 20:12:23 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5684182 | + | Email/Text: mrdiscen@discover.com | Sep 28 2026 20:07:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5684183 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 28 2026 20:12:21 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5709690 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 20:12:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5684184 | + | Email/PDF: cbp@omf.com | Sep 28 2026 20:12:21 | One Main, Po Box 1010, Evansville, IN 47706-1010 |
| 5694752 | | Email/PDF: cbp@omf.com | Sep 28 2026 20:12:30 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5684185 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2026 20:12:21 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5697251 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2026 20:12:30 | Portfolio Recovery Associates, LLC, POB 41067, |

| | | | |
|---|---|---|---|
| | | | Norfolk VA 23541 |
| 5696662 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 28 2026 20:07:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5684186 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 28 2026 20:07:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Kent D. McPhail | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC bankruptcynotices@mslawyers.law, KentMcPhailAssociatesLLC@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shenetha Lynn Siddiq trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01624−JAW
**Chapter:** 13

**In re:**

Shenetha Lynn Siddiq
aka Shenetha Lynn James Siddiq, fka
Shenetha L James
6478 Richwood Drive
Jackson, MS 39213

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/28/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 28, 2026

Danny L. Miller, Clerk of Court